BAKER ET AL., APPELLANTS, *v.* WHITE ET AL.; EMPLOYERS
FIRE INSURANCE COMPANY, APPELLEE.

[Cite as *Baker v. White,* 102 Ohio St.3d 1221, 2004-Ohio-2493.]

(No. 2003–0888—Submitted April 28, 2004, at the Clermont
County Session—Decided June 2, 2004.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently
accepted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR
and O'DONNELL, JJ., concur.

Kennedy, Cicconetti, Knowlton & Buytendyk, L.P.A., and Charles A. Kennedy;
Lance S. Cox Co., L.P.A., and Lance S. Cox, for appellants.

Thompson Hine L.L.P., Christopher M. Bechhold and Robert P. Johnson, for
appellee.

Robert W. Kerpsack Co., L.P.A., and Robert W. Kerpsack, urging reversal for
amicus curiae Ohio Academy of Trial Lawyers.